# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| Robert Kahn,<br><br>    Plaintiff,<br><br>v.<br><br>Grand Slam Enterprises, LLC, and Wahlburgers Franchising LLC,<br><br>    Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>Gregory M. Pranzo and A List Group Inc.,<br><br>    Third-Party Defendants. | Case No. 6:19-mc-00017-CEM-DCI<br><br><br><br>Subpoena issued by the Northern District of Georgia (Atlanta Division) in Case No. 1:17-cv-05033-AT |

## AMENDED UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*, NOTICE OF APPEARANCE OF  NON-RESIDENT ATTORNEY, DESIGNATION OF LOCAL COUNSEL, AND CONSENT TO ACT

I, MARC B. HERSHOVITZ, pursuant to Local Rule 2.02, file this Amended Unopposed Motion to Appear *Pro Hac Vice,* Notice of Appearance of Non-Resident Attorney, Designation of Local Counsel, and Consent to Act in the above-styled action and petition this Court for permission to appear *pro hac vice* on behalf of Plaintiff,  ROBERT KAHN,  by whom I have been retained, and in support thereof state as follows:

1

0155411\184041\8844861v2

1. My office address, telephone number, telecopier number and e-mail address are as follows:

> Marc B. Hershovitz
> Marc B. Hershovitz, P.C.
> One Alliance Center
> 3500 Lenox Road
> 4th Floor
> Atlanta, Georgia 30326
> Telephone: (404) 262-1425
> Facsimile: (404) 262-1474
> Email: marc@hershovitz.com

2. I designate attorney RACHEL D. GEBAIDE of the law firm of Lowndes, Drosdick, Doster, Kantor and Reed, P.A., 215 North Eola Drive, Orlando, Florida 32801, Telephone: (407) 843-4600, Facsimile: (407) 843-4444, rachel.gebaide@lowndes-law.com, who is a member of the Bar of this Court and who maintain an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served, and who has my consent to act.

3. I am not a resident of the State of Florida. I am not, nor have I ever been, a member of the Florida Bar, and I do not maintain an office in the State of Florida for the practice of law.

4. I am licensed in the following jurisdictions, and I am an active member in good standing in the following jurisdictions:

| **Bar** | **Date of Admission** |
|---|---|
| State Bar of Georgia (Bar No. 349510) | May 29, 1996 |
| Georgia Court of Appeals | November 20, 1996 |
| Georgia Supreme Court | April 22, 1997 |

| | |
|---|---|
| U.S. District Court for the Northern District of Georgia | November 4, 1996 |
| Eleventh Circuit Court of Appeals | December 30, 2009 & November 29, 2017 |
| United States Supreme Court | April 30, 2001 |

5. I certify that the Application for Special Admission, along with the $150.00 fee, was hand delivered to the Clerk of Court for the Middle District of Florida, on or about April 9, 2019.

6. I further certify that I will familiarize myself with the Local Rules of this Court and act in accordance with those rules.

Respectfully submitted this 9th day of April, 2019.

/s/    Marc B. Hershovitz
**MARC B. HERSHOVITZ**
*Pro Hac Vice* Admission Pending
Georgia Bar No. 349510
MARC B. HERSHOVITZ, P.C.
One Alliance Center
3500 Lenox Road
4th Floor
Atlanta, Georgia 30326
Telephone: (404) 262-1425
Facsimile: (404) 262-1474
marc@hershovitz.com

Attorneys for Plaintiff

3

**CONSENT OF DESIGNEE**

I hereby consent to my designation as local counsel and understand my obligations under Local Rule 2.02.

/s/    Rachel D. Gebaide
**RACHEL D. GEBAIDE**
Florida Bar No. 0157600
LOWNDES, DROSDICK, DOSTER, KANTOR
& REED, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
rachel.gebaide@lowndes-law.com
janie.kearse@lowndes-law.com
litcontrol@lowndes-law.com

**LOCAL RULE 3.01(g) CERTIFICATION**

I certify that on April 4, 2019, I conferred via telephone with Chris Hill, who represented that Gregory M. Pranzo does not oppose this Motion. I also certify that on April 4, 2019, I also conferred with Jonathan Fain, who represents the defendants in this case, who represented that the defendants also do not oppose this Motion.

/s/    Marc B. Hershovitz
**MARC B. HERSHOVITZ**

0155411\184041\8844861v2

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019, I served by first-class mail and email a true and correct copy of this document on the following:

Chris Hill, Esquire
Rachel O'Brien, Esquire
Hill, Rugh, Keller & Main, P.L.
390 N. Orange Avenue
Suite 1610
Orlando, Florida 32801
chris@hrkmlaw.com
rachel@hrkmlaw.com

Jonathan H. Fain, Esquire
PebLaw, PC
66 Lenox Pointe, N.E.
Atlanta, Georgia 30324
law@peblawpc.com

Alan E. McKenna, Esquire
Stevenson McKenna & Callanan LLP
350 Lincoln Street
Suite 2400
Hingham, Massachusetts 02043
amckenna@smcattorneys.com

　　　　　　　　　　　　　　　　　*/s/    Rachel D. Gebaide*　　　　　　
　　　　　　　　　　　　　　　　　**RACHEL D. GEBAIDE**