UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERT KAHN,**

        **Plaintiff,**

v.                                                    Case No: 6:19-mc-17-Orl-CEM-DCI

**GRAND SLAM ENTERPRISES, LLC**
**and WAHLBURGERS FRANCHISING, LLC,**

        **Defendants.**

### ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO TRANSFER HIS MOTION TO COMPEL COMPLAINCE WITH SUBPOENA DUCES TECUM AGAINST GREGORY M. PRANZO AND MOTION TO COMPEL GREGORY M. PRANZO TO PRODUCE DOCUMENTS. (Doc. 3)** |
| **FILED:** | **March 26, 2019** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On March 26, 2019, Plaintiff filed a Motion to Compel Compliance with Subpoena *Duces Tecum* Against Gregory M. Pranzo (Doc. 1) and a Motion to Compel Gregory M. Pranzo to Produce Documents Withheld Under Claim of Privilege (Doc. 2) (the Motions to Compel). On the same day, Plaintiff filed a Motion to Transfer the Motions to Compel to the United States District Court for the Northern District of Georgia pursuant to Rule 45(f) of the Federal Rules of Civil Procedure (the Motion to Transfer). Doc. 3. According to the Motion to Transfer, Mr. Pranzo

was a nonparty to litigation in the Northern District of Georgia when he was served with Plaintiff's subpoena *duces tecum* in July 2018. *Id*. Plaintiff states, however, that Mr. Pranzo has since been added as a third-party defendant in the Northern District of Georgia case and he is subject to the discovery process. *Id*. Accordingly, Plaintiff provides that there is no longer a reason for this Court to rule on the Motions to Compel. *Id*.

"When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f). Here, Mr. Pranzo and A List Group, Inc.[1] have filed a response to the Motions to Compel, which includes a response to the Motion to Transfer. Doc. 10. According to the response, "A List and Pranzo do not object to the transferring of the Motions to Compel to case no. 1:17-cv-05033-AT pending in the United States District Court for the Northern District of Georgia, Atlanta Division, the court in which the underlying action is pending." *Id*. Given the consent, transfer is appropriate under Rule 45(f).

Accordingly, it is **ORDERED** that:

1. The Motion to Transfer (Doc. 3) is **GRANTED**;

2. The Clerk is directed to **TRANSFER** this action to United States District Court for the Northern District of Georgia, Atlanta Division; and

3. The Court will **CARRY** the Motions to Compel (Docs. 1 and 2) for resolution by the United States District Court for the Northern District of Georgia, Atlanta Division

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2019.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

---

[1] A List Group, Inc. is also listed as a Third-Party Defendant.

Copies furnished to:

Counsel of Record
Unrepresented Parties